**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　: 　No. 406 MAL 2019

　　　　　　Respondent

　　　　　　　　　　　　　　　　　　　: 　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　: 　from the Order of the Superior Court

　　　　　v.

GLYNN A. WILDONER, JR.,

　　　　　　Petitioner

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 23rd day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.